**People of the State of Illinois, Defendant in Error, v. Jean Burrows, Plaintiff in Error.**

**Gen. No. 47,838.**

First District, Second Division.

December 1, 1959.

Released for publication December 18, 1959.

Geter and Geter (Howard D. Geter, Sr. and Howard D. Geter, Jr., of counsel) for plaintiff in error; Benjamin S. Adamowski, State's Attorney of Cook County (Francis X. Riley and James J. Glasser, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by JUSTICE KILEY. **Not to be published in full.**